

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS, 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

RTS

PRESORTED FIRST CLASS

02 1M
0004279596        JAN 22 2015
$ 00.26⁵

MAILED FROM ZIP CODE 78701

1/21/2015
**MORRIS, CODY QUINN**        Tr. Ct. No. 39151A        **WR-82,583-01**
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

CODY QUINN MORRIS
- TDC # 1849679

HUNTSVILLE, TX

UTF

Discharged